**STATE v. WILSON**

[349 N.C. 289 (1998)]

STATE OF NORTH CAROLINA v. HULON LEON WILSON, JR.

No. 97PA98

(Filed 6 November 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 128 N.C. App. 688, 497 S.E.2d 416 (1998), vacating judgment entered 22 May 1996 by Manning, J., in Superior Court, Durham County, and remanding this case to the trial court for imposition of judgment and sentence on false imprisonment. Heard in the Supreme Court 12 October 1998.

*Michael F. Easley, Attorney General, by Charles J. Murray, Special Deputy Attorney General, for the State-appellant.*

*Daniel Shatz for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice WYNN did not participate in the consideration or decision of this case.